**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VAN DALE KIESZ, JR., | ) NO. CV 13-5674-PA(E) |
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, CONCLUSIONS |
| MARION E. SPEARMAN, Warden, | ) AND RECOMMENDATIONS OF UNITED STATES |
| Respondent. | ) MAGISTRATE JUDGE AND DENYING REQUEST |
| | ) FOR VOLUNTARY DISMISSAL |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

On January 22, 2014, after the Magistrate Judge issued the Report and Recommendation recommending dismissal of the Petition with prejudice as untimely, Petitioner filed a "Notice of Abandonment for Writ of Habeas Corpus By Person in State Custody; Request for Dismissal" ("Request for Voluntary Dismissal"). On January 31, 2014,

1  Respondent filed an opposition to the Request for Voluntary Dismissal.

3  Petitioner's Request for Voluntary Dismissal is denied.  See
<u>Maxum Indemnity Ins. Co. v. A-1 All American Roofing Co.</u>, 299 Fed.
App'x 664, 666 (9th Cir. 2008) (in determining whether to grant
request for voluntary dismissal, court may consider "whether the
plaintiff is requesting a voluntary dismissal only to avoid a near-
certain adverse ruling"); <u>Terrovona v. Kincheloe</u>, 852 F.2d 424, 429
(9th Cir. 1988) ("since the magistrate had already issued his report
and recommendation when the motion [for voluntary dismissal] was
filed, the district court's refusal to use its discretion to dismiss
the [habeas] petition under Fed. R. Civ. P. 41(a)(2) is reasonable").

14  IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

17  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

21  LET JUDGMENT BE ENTERED ACCORDINGLY.

23  DATED:  _February 4, 2014

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE