**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| VAN DALE KIESZ, JR., | ) | NO. CV 13-5674-PA(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MARION E. SPEARMAN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge and Denying Request for Voluntary Dismissal,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _February 4, 2014

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE